

08-CV-01717-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PILAR JUSTINIANI LERIN,

    Petitioner,

v.

OSBALDO CORTES SIERRA,

    Respondent.

CASE NO. C08-1717RSM

ORDER GRANTING PETITION

Petitioner has filed this petition for return of a child under the Convention on the Civil Aspects of International Child Abduction ("the Hague Convention"). This Court has jurisdiction pursuant to 42 U.S.C. § 11601 *et seq.*

On January 22, 2009, the Court found that petitioner had met her burden of establishing that the child AOCJ was wrongfully removed from her custody and from his habitual residence in Mexico. 42 U.S.C. § 11603(e)(1)(A). The Court directed the United States Marshals Service to find the child and return him to the custody of petitioner, subject to further Order of this Court.

A hearing was held on February 27, 2009. Respondent appeared through counsel and stated that although he does contest many of petitioner's factual allegations, he does not contest the petition itself.

Accordingly, it is hereby ORDERED:

(1) The petition is GRANTED, and the child AOCJ shall be returned to the custody of petitioner.

(2) Petitioner shall be responsible for all arrangements for the return of the child AOJC with her

ORDER - 1

to their residence in Mexico.

(3) Petitioner shall, through counsel, notify the Court of the child AOJC's arrival in Mexico within twenty-four hours after the child's arrival.

DATED this 27th day of February, 2009.

Honorable Ricardo S. Martinez
United States District Judge

ORDER - 2